UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIEN LE, Individually and on Behalf of All Others Similarly Situated, | ) ) ) CIV. No. 2:10-cv-01357-DWA |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| DYNAVOX INC., EDWARD L. DONNELLY JR., KENNETH D. MISCH, PIPER JAFFRAY & CO. and JEFFERIES & COMPANY, INC., | ) ) ) ) ) |
| Defendants. | ) ) |

## [PROPOSED] ORDER
## GRANTING MOTION OF THE DYNAVOX INVESTOR GROUP
## FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

**WHEREAS**, the Court, having considered the motion of the DynaVox Investor Group for appointment as lead plaintiff and approval of lead counsel, the memorandum of law in support thereof, the declaration of Alfred G. Yates, Jr. in support of that motion, and good cause appearing therefor:

1. David M. Osbourn, Joseph Lanza, Mary Ann Lanza, and Dan Augenstene (collectively the "DynaVox Investor Group") are hereby appointed lead plaintiff for the Class, pursuant to 15 U.S.C. §77z-1(a)(3)(B).

3. The law firm Glancy Binkow & Goldberg LLP is hereby approved as lead counsel

for the Class, pursuant to 15 U.S.C. §77z-1(a)(3)(B)(v), and Law Office of Alfred G. Yate, Jr., P.C. is approved as liaison counsel.

**IT IS SO ORDERED.**

DATED: *Dec 20, 2010*

*Donetta L. Ambrose*
Donetta W. Ambrose
United States District Judge.