# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIEN LE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNAVOX INC., EDWARD L. DONNELLY JR., KENNETH D. MISCH, PIPER JAFFRAY & CO. and JEFFERIES & COMPANY, INC.,<br><br>Defendants. | Civ. No. 2:10-cv-01357-DWA<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>*Electronically Filed* |

Whereas Lead Plaintiff the DynaVox Investor Group ("Lead Plaintiff") has determined not to proceed with this action, and has received no compensation or payments of any kind from Defendants, Lead Plaintiff hereby voluntarily dismisses the action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: February 18, 2011       **LAW OFFICES OF ALFRED G. YATES, JR., P.C.**

By: *s/ Alfred G. Yates, Jr.*
Alfred G. Yates, Jr. (PA 17419)
Gerald L. Rutledge (PA 62027)
519 Allegheny Building ,429 Forbes Avenue
Pittsburgh, PA 15219
Telephone: (412) 391-5164
Facsimile: (412) 471-1033
Email: *yateslaw@aol.com*

**GLANCY BINKOW & GOLDBERG LLP**
Lionel Z. Glancy
Michael Goldberg
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-mail: *info@glancylaw.com*

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867
E-mail: *legul2010@aol.com*

*Attorneys for Plaintiff*